IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| JOHN DOE, A MINOR, THROUGH HIS PARENT AND GUARDIAN, MARY DOE, and MARY DOE, individually.<br><br>    *Plaintiff*<br><br>v.<br><br>PREP PUBLIC SCHOOLS, f/k/a CHATTANOOGA PREP, INC.<br><br>    *Defendant.* | Case No. 1:25-cv-00011<br>Judge McDonough<br><br>JURY DEMANDED |

## NOTICE OF SETTLEMENT

**COMES THE PLAINTIFF, JOHN DOE**, through his parent, Mary Doe, and counsel, submits this Notice of Settlement.

1. Plaintiff gives Notice to the Court that the parties have settled all disputes.

2. Counsel will reach out to chambers regarding a settlement approval hearing as this case involves payment to a minor.

Respectfully submitted,

/s Justin S. Gilbert
Justin S. Gilbert
Gilbert Law, PLLC.
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423-756-8203
justin@schoolandworklaw.com

/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)

1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on May 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including defense counsel, Ms. Caitlin Burchette.

                                                                */s Justin S. Gilbert*
                                                               JUSTIN S. GILBERT