UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHN DOE, A MINOR THROUGH HIS PARENT AND GUARDIAN, MARY DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PREP PUBLIC SCHOOLS,<br><br>*Defendant*. | Case No. 1:25-cv-11<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## ORDER

Before the Court is Plaintiff's notice of settlement (Doc. 14). Because Plaintiff is a minor, the Court must consider the nature and circumstances of the settlement agreement before approving such agreement. *See Oliva v. United States*, No. 1:15-CV-1060, 2016 WL 7665536 (W.D. Mich. Dec. 22, 2016) ("The interests of a minor are subject to the court's protection."), *report and recommendation adopted*, No. 1:15-CV-1060, 2017 WL 76914 (W.D. Mich. Jan. 9, 2017); *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011) ("[C]ourts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interest of litigants who are minors."). Accordingly, a telephonic hearing is **SET** for **July 1, 2025, at 3:00 PM ET**. Dial-in instructions will be circulated via email. The parties should be prepared to discuss the settlement agreement.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**